Julia P. Gibbs, Bar No. 102072
LAW OFFICES OF JULIA P. GIBBS
1329 Howe Avenue, Suite 205
Sacramento, CA 95825-3363
Telephone: (916) 646-2800
Telecopier: (916) 929-1158
email: judy@gibbslegal.com

Attorney for Appellants Kerri Olhiser,
Kerri Investment Company,
Kelly Suacci, Kelly Investment Company,
Keith Investment Company, Klemco Investment
Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 3-10-02698-MMC |
| | ) | |
| CLEMENT C. and ANN MARIE CARINALLI, | ) ) | Bankruptcy Appeal |
| Debtors. | ) ) | APPELLANTS' RESPONSE TO ORDER DIRECTING |
| | ) | APPELLANTS TO SHOW CAUSE |
| S.S.Ns XXX-XX-8623 and XXX-XX-5690 | ) ) | WHY APPEAL SHOULD NOT BE DISMISSED FOR LACK OF |
| | ) | JURISDICTION |

     Appellants Kerri Olhiser, Kerri Investment Company, Kelly Suacci, Kelly Suacci, Keith Investment Company and Klemco Investment Company hereby respond to the Order Directing Appellants to Show Cause Why Appeal Should Not Be Dismissed for Lack of Jurisdiction.

     In light of the imminent confirmation of a plan of reorganization in the Bankruptcy Court, which will result in all of the assets of the Bankruptcy estate, including those related to the matter at issue in this appeal, being transferred into a

Creditors' Trust, and in light of Appellants' recent initiation of efforts to resolve all disputes with Appellees/the Creditors Trust, Appellants will not dispute the Court's conclusion that it Lacks jurisdiction to hear this Appeal, and will consent to dismissal of the Appeal. If necessary, Appellants may be forced to return to this Court in the future.

      WHEREFORE, Appellants consent to dismissal of the Appeal for lack of jurisdiction.

      DATED: 11/2/2010     LAW OFFICES OF JULIA P. GIBBS

/s/Julia P. Gibbs
Julia P. Gibbs
Attorney for Kerri Olhiser,
Kerri Investment Company,
Kelly Suacci, Kelly
Investment Company,
Keith Investment Company
Klemco Investment Company