IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. C-10-2698 MMC |
| CLEMENT C. and ANN MARIE CARINALLI, | [Bankruptcy Case No. 09-12986] |
| Debtors. | **ORDER DISMISSING APPEAL** |

By order filed October 21, 2010, the Court directed appellants Kerri Olhiser, Kerri Investment Company, Kelly Suacci, Kelly Investment Company, Keith Investment Company, and Klemco Investment Company to show cause why the instant appeal should not be dismissed for lack of jurisdiction. Before the Court is appellants' response, filed November 12, 2010, in which appellants state they consent to dismissal of the instant appeal for lack of jurisdiction.

Accordingly, the instant appeal is hereby DISMISSED for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: November 15, 2010

MAXINE M. CHESNEY
United States District Judge